IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00069-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICHOLAS EMERSON MALONEY,

        Defendant.

_____

## NOTICE OF DISPOSITION
_____

        The defendant, NICHOLAS EMERSON MALONEY, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. A change of plea hearing is currently set for Thursday, March 16, 2017, at 10:00 a.m.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Shira Kieval
        SHIRA KIEVAL
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        shira.kieval@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason St. Julien, AUSA
Email: jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicholas Emerson Maloney        (via Mail)
Reg. No. 40806-013
c/o FCI Englewood

s/Shira Kieval
SHIRA KIEVAL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
shira.kieval@fd.org
Attorney for Defendant